AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

**ORIGINAL**

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
) Case No.   2:18-MJ-1834
Two Memorex DVDs obtained from the Henderson Police Department on June 18, 2018, and currently maintained in the custody of the ATF in Los Angeles, California, containing data extracted from five digital devices )
)
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   **Central**   District of   **California**
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   **14 days from the date of its issuance**
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   7-17-18 @ 1:23pm.   *[signature]*
*Judge's signature*

City and state:   Los Angeles, California   Hon. Rozella A. Oliver, U.S. Magistrate Judge
*Printed name and title*

AUSA: Veronica Dragalin (x0647)

Case 2:18-mj-01834-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 07/17/18   Page 2 of 10   Page ID #:57

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:18-MJ-1834 | Date and time warrant executed:<br>7-17-18  5:00 PM | Copy of warrant and inventory left with:<br>NA |
| Inventory made in the presence of : SPECIAL AGENT RYAN CATANZANO | | |

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

1.) Digital data files (contacts/phone numbers, SMS/MMS files, and photographs) extracted and copied from SUBJECTS DEVICES A, B, & D.

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 9-14-18

Executing officer's signature

SPECIAL AGENT DAN THOMPSON
Printed name and title

AUSA: Veronica Dragalin (x0647)